UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH SEIBEL, | CASE NO. C05-1086-RSM |
| Plaintiff, | |
| v. | ORDER OF REMAND |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, plaintiff's objections and defendant's response . It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court orders remand of the case for further administrative proceedings; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 5th day of May, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
PAGE -1